**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JULIO L SANTIAGO BETANCOURT                         Case No.   21-02579-ESL

                                  Chapter 13        Attorney Name:   EDUARDO J MAYORAL GARCIA*

| I. Appearances | | | Date & Time: 9/29/2021 2:40:00PM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R    [ ] NR    LV:   To be determined. |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | Banco Popular de P.R. by Mr. Miguel Rivera |
| [ ] Appearing: | | | |

**II. Oath Administered**

    [X] Yes              [ ] No

**III. Plan**

Date:  08/30/2021        Base:      $12,600.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:      11/3/2021  9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $4,000.00  -  $500.00   =  $3,500.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JULIO L SANTIAGO BETANCOURT         Case No.   21-02579-ESL

                                    Chapter 13    Attorney Name:    EDUARDO J MAYORAL GARCIA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility <br> [ ] Insufficiently funded <br> [ ] Unfair discrimination <br> [ ] Fails disposable income <br> [ ] Fails liquidation value test <br> [ ] Insuarence quote | [ ] No provision for secured creditor(s) <br><br> [ ] Tax returns missing <br>   [ ] State - years <br><br>   [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information <br><br> [ ] Evidence of being current with DSO <br><br> [ ] Evidence of income | [ ] Monthly reports for the months <br><br> [ ] Public Liability Insurance <br>   [ ] Premises <br>   [ ] Vehicle(s): <br> [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JULIO L SANTIAGO BETANCOURT          Case No.   21-02579-ESL

                                     Chapter 13    Attorney Name:   EDUARDO J MAYORAL GARCIA*

Trustee's objection to confirmation

[X] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 3

Household size: 1

Disp. Income under 1325(b)(2):

-------------------------

Business: J-Urban Cut (Barber Shop) form 2005 to present.

-------------------------

ID (pass), SS, W/S, TXs (state returns 2017-2020), ok

Nmar, empl; Barber

Plan:  100 x 6 , 400 x 30 = $12,600

G.U.  18%

----------------------

NOTE: Debtor has not owned any realty.


Matters:


1- FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B): Plan does not have the tax refund language.


DSO POST PETITION PAYMENTS, Section 1325(a)(8):


a- Debtor has one (1 ) DSO account(s); $550.33 monthly ($127 weekly). Per Bankruptcy Code, as of the confirmation

hearing date, debtor must

 file an informative motion with the Court including the evidence of being current in the DSO payments that become

due

post-petition.


DSO INFORMATION:

a. Debtor to provide

.


7- Other:

  a. Part 8.1: Therein debtor proposes to the lift of stay in favor of 2019 KTM DUKE motorcycle. Said provision should

specify the name of the creditor, Freedomroad Financial and  include that the trustee will not make disbursement.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JULIO L SANTIAGO BETANCOURT          Case No.  21-02579-ESL

                                    Chapter 13      Attorney Name:   EDUARDO J MAYORAL GARCIA*

b. This is a DSO case; however, Schedule J does not disclose dependents related that not live with debtor.

c. Part 6.1 indicate that trustee will make installment payments of $625 to Victor Cepeda (Commercial Lease). Apparently, debtor marked off by error that trustee will make the monthly payments, since per attachment filed in the case containing gross business income and expenses, debtor makes the rental payments.  Thus, part 6.1 should mark off that the payment is made by debtor.

The following party(ies) object(s) confirmation:

s/Miriam Salwen                                                             Date:      09/29/2021

Trustee/Presiding Officer                                                              (Rev. 05/13)